IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JEFFERY LEE KERLEY | § | |
| V. | § | CIVIL ACTION NO. 9:07CV83 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the above-styled petition for writ of habeas corpus is **DENIED** and the same shall be and is hereby **DISMISSED** with prejudice from the docket of this Court. To the extent that the facts of this case give rise to possible civil rights claims, such claims shall be **DISMISSED** without prejudice. A certificate of appealability is hereby **DENIED** and all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the 14 day of **May, 2007.**

_____
Thad Heartfield
United States District Judge